IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIUS COLLINS,

    Petitioner,                    No. CIV S-03-1915 FCD DAD P

    vs.

D.L. RUNNELS, et al.,

    Respondents.              ORDER

_____/

    Petitioner, a state prisoner proceeding pro se and in forma pauperis, has filed a third amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    Since petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's third amended habeas petition.

    In accordance with the above, IT IS HEREBY ORDERED that:

    1. Within thirty days from the date of this order, respondents are directed to file a response to petitioner's third amended habeas petition, filed on December 3, 2004. <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases;

  2. If the response to the third amended habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

  3. If the response to petitioner's third amended habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days of service after service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days thereafter; and

  4. The Clerk of the Court shall serve a copy of this order together with a copy of the third amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Jo Graves, Senior Assistant Attorney General.

DATED: May 13, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:dk
coll1915.100