IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JULIUS COLLINS,** | CIV S-03-1915 FCD DAD P |
| Petitioner, | **[HABEAS CORPUS;**<br>**28 U.S.C. § 2254]** |
| v. | |
| **D.L. RUNNELS, et al.,** | **ORDER** |
| Respondents. | |

GOOD CAUSE APPEARING, the time for filing a response to the third amended petition for writ of habeas corpus is extended to and including August 11, 2005.

DATED: June 15, 2005.

_/s/ Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
coll1915.111a